UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY BANKS,
        Plaintiff,

        v.

OFFICE OF THE SENATE SERGEANT-
AT-ARMS and DOORKEEPER,
        Defendant.

Civil Action No.  03-56    (HHK/JMF)
Civil Action No.  03-686  (HHK/JMF)
Civil Action No.  03-2080(HHK/JMF)

ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED**

that:

1.    Plaintiff's Motion for Discovery and Sanctions Pursuant to the Court's February

        16, 2005 Order [#135] is **GRANTED in part** and **DENIED in part**; and it is

        **FURTHER ORDERED** that

2.    Defendant's Motion for Leave to File Surreply to Plaintiff's Reply in Support of

        His Motion for Discovery and Sanctions [#150] is **GRANTED**;[1] and it is

        **FURTHER ORDERED** that

3.    By July 1, 2005, Banks may depose, at his own expense, Jean McComish, Barbara

        Berger, Doug Fertig, K.C., M.K, and S.R.[2]  Each deposition shall last no more

        than two hours, and the questions shall be limited to: (a) the questions asked and

---

[1] In resolving the issues raised by these motions, I have also considered the arguments made by plaintiff in Plaintiff's Opposition to Defendant's Motion to File Surreply.

[2] Of course, plaintiff may also inquire about the Investigatory Notes when Alvin Macon's 30(b)(6) deposition is taken.

answers provided during the June 2003 investigation; (b) any subsequent

interviews that were or appeared to be about discriminatory remarks or behavior

by any Capitol Facilities manager or supervisor; and (c) the decision to pursue or

not to pursue disciplinary action against anyone mentioned during the

investigation, including M.K. and S.R.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: