**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROY BANKS,** <br><br>      **Plaintiff,** <br><br>   **v.** <br><br> **OFFICE OF THE SENATE SERGEANT-AT-ARMS and DOORKEEPER,** <br><br>      **Defendant.** | **Civil Action No.  03-56    (HHK/JMF)** <br> **Civil Action No.  03-686  (HHK/JMF)** <br> **Civil Action No.  03-2080(HHK/JMF)** |

**ORDER**

        In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that:

1.      Defendant's Motion for and Memorandum in Support of a Protective Order [#180] is **GRANTED**; it is further **ORDERED** that

2.      Plaintiff's Cross-Motion to Compel and Opposition [#183/#184] is **DENIED**; it is further **ORDERED** that

3.      Plaintiff's Amended Motion For Clarification and Reconsideration of Magistrate's May 9, 2005 Memorandum Order for Defendant to Produce Documents [#173] is **DENIED**; it is further **ORDERED** that

4.      Defendant submit to the court for *in camera* review its March 23, 2004 privilege log and the documents referenced therein; it is further **ORDERED** that

5.      Defendant's Motion for and Memorandum in Support of a Protective Order and *In Camera* Review of Five Documents [#171] is **DENIED**; it is further **ORDERED** that

6.      Plaintiff's Rule 37 Motion to Compel Production of Documents [#193] is

        **STAYED** pending *in camera* review of the documents; it is further **ORDERED**

        that

7.      Plaintiff's Unopposed Motion for Clarification [#165] is **DENIED**; and it is

        further **ORDERED** that

8.      Plaintiff's Motion for Leave to File His Supplemental Memorandum - Nunc Pro

        Tunc [#186] is **DENIED** as moot.

        **SO ORDERED.**


        _____
        JOHN M. FACCIOLA
        UNITED STATES MAGISTRATE JUDGE

Dated: