UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY BANKS,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICE OF THE SENATE SERGEANT-AT-ARMS and DOORKEEPER,<br><br>    Defendant. | Civil Action No.  03-56    (HHK/JMF)<br>Civil Action No.  03-686  (HHK/JMF)<br>Civil Action No.  03-2080(HHK/JMF) |

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that

1. Defendant's claims of attorney-client privilege and work product protection for the documents submitted *in camera*, pursuant to this Court's November 1, 2005 order, are sustained in part and denied in part.  Defendant shall produce to plaintiff, within ten days of the date of this order, all documents for which neither a claim of attorney-client privilege nor a claim for work product protection is sustained; and it is further **ORDERED** that

2. Defendant shall submit *in camera*, within ten days of this opinion, a statement as to why it contends that document number RB002326-RB002345 is protected by the attorney-client privilege; and it is further **ORDERED** that

3. Plaintiff's Rule 37 Motion to Compel Production of Documents [#193] is **DENIED**; and it is further **ORDERED** that

4. Plaintiff's Unopposed Motion to Expedite Decision for Production of Non-

<u>Privileged Documents and to Set Schedule for Summary Judgment Briefing and Memorandum in Support</u> [#199] is **DENIED**; and it is further **ORDERED** that

5. The parties shall meet and confer regarding the completion of discovery and the filing of dispositive motions and file with the Court, no later than fourteen days from the date of this order, a joint proposed scheduling order.

**SO ORDERED.**

 

Dated:                                                   _____
                                                         JOHN M. FACCIOLA
                                                         UNITED STATES MAGISTRATE JUDGE